UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE OTERI HARKINS, Plaintiff, -against- NORTHWELL HEALTH INC., CRISTINE BALAMACI, and MAUREEN PODE, Defendants. | Case ID: 7:25-cv-03794-NSR MOTION TO WITHDRAW AS COUNSEL |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the Declaration of Madeline Howard, dated May 23, 2025, the undersigned respectfully moves this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, for an Order granting leave to withdraw as counsel for Plaintiff, and for such other and further relief as to this Court seems just and proper.

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Madeline Howard, an attorney duly admitted to practice before this Court, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney formerly employed by the law firm of Sacco & Fillas, LLP.

2. I was previously counsel of record for Plaintiff in the above-captioned matter.

3. As of May 23, 2025, I will no longer be employed by Sacco & Fillas, and therefore respectfully request leave to withdraw as counsel in this matter.

4. Plaintiff will continue to be represented by counsel from Sacco & Fillas, as Clifford

Tucker has already entered a notice of appearance on behalf of Plaintiff and will remain as counsel of record in this case.

5. My withdrawal will not cause any prejudice or delay in this litigation, as Plaintiff will continue to be represented by counsel from the same law firm who is already familiar with this matter.

WHEREFORE, I respectfully request that this Court enter an Order permitting me to withdraw as counsel for Plaintiff in the above-captioned matter.

Dated: Astoria, New York  
May 23, 2025

Respectfully submitted,

_____  
Madeline Howard, Esq.